AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>ALEJANDRO JAMES SOSA<br><br>*Defendant* | )<br>)<br>)  Case No. 4:25 MJ 6135<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ALEJANDRO JAMES SOSA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Alejandro James SOSA has violated 18 U.S.C. § 2252(a)(2) – Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit Conduct and 18 U.S.C. § 1519 – Destruction, alteration, or falsification of records in Federal investigations and bankruptcy.

Date:   08/20/2025

*Issuing officer's signature*: Carmen Henderson

City and state:   Youngstown, Ohio

Carmen E. Henderson, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* August 20, 2025, and the person was arrested on *(date)* August 20, 2025
at *(city and state)* Canton, Ohio.

Date: August 21, 2025

*Arresting officer's signature*

Carson Gossmeyer, Special Agent, FBI
*Printed name and title*

FILED
AUG 21 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN