IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:25 MJ 6135 |
| Plaintiff, | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| ALEJANDRO JAMES SOSA, | ) | **WAIVER OF** |
| | ) | **PRELIMINARY HEARING** |
| Defendant. | ) | |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing and consent that the proceedings may be bound over to the grand jury.

_____
Defendant

_____
Counsel for Defendant

Approved: *Carmen Henderson*
**Carmen E. Henderson**
**United States Magistrate Judge**

Date: August 21, 2025